# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** <br><br> Plaintiff, <br><br> vs. <br><br> **OSCAR GUIDO GONZALEZ RIUT and MARIA JOSE GONZALEZ, INDIVIDUALLY and d/b/a SENOR CANTINA BAR & GRILL; and SENOR TEQUILA, INC., AN UNKNOWN BUSINESS ENTITY d/b/a SENOR CANTINA BAR & GRILL,** <br><br> Defendants. | **Case No.** 3:11-cv-469 |

Offer in Judgment having been offered by Defendants Oscar Guido Gonzalez Riut, Maria Jose Gonzalez and Senior Tequila, Inc., and accepted by Plaintiff J & J Spots Productions, Inc. in this action on August 8, 2012 and the affidavit of plaintiff's counsel in support of acceptance shows that the offer in judgment having been made on July 26, 2012 and served on July 30, 2012, and acceptance in writing on August 7, 2012, and all other requirements for acceptance of the offer of judgment pursuant to Federal Rule Civil Procedure 68 having been satisfied, now therefore,

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants and in favor of J&J Sports Productions, Inc. as follows:

a. For the violation of 47 U.S.C. §§ 605(e)(3)(B)(iii), (c)(i)(II) and (c)(ii):  $ 5,000.00

                     Total:   $ 5,000.00

**Accordingly,** JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF **$5,000.00, PLUS $475.00 IN COSTS FOR A TOTAL JUDGMENT OF** $5,475.00.

IT IS SO ORDERED:                                 Signed: August 8, 2012

*Frank G. John* [signature]

Frank G. Johns, Clerk
United States District Court